UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIO IVAN ESPINOZA DIAZ, et al., individually and on behalf of all other persons similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>PREMIUM PACKING, INC.,<br><br>    Defendant. | Case No. 5:15-cv-01258-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE SCHEDULED FOR JANUARY 21, 2016** |

    In light of the Case Management Conference scheduled for January 28, 2016, in the order filed on January 6, 2016, the Case Management Conference previously scheduled for January 21, 2016, is VACATED. All scheduling issues will be addressed on January 28, 2016.

**IT IS SO ORDERED.**

Dated: January 8, 2016

_____
EDWARD J. DAVILA
United States District Judge