UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIO IVAN ESPINOZA DIAZ, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>PREMIUM PACKING, INC.,<br><br>  Defendant. | Case No.  5:15-cv-01258-EJD<br><br>**ORDER RE: DISCOVERY IN ANTICIPATION OF EVIDENTIARY HEARING**<br><br>Re: Dkt. Nos. 55, 56 |

Given the parties' agreement to create a discovery plan in anticipation of the evidentiary hearing on the issue of whether there exists an arbitration agreement between Plaintiffs and Defendant, the court orders that any disputes with respect to such discovery - save for any disagreement on what discovery should be permitted - are referred to the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated:  February 24, 2016

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:15-cv-01258-EJD
ORDER RE: DISCOVERY IN ANTICIPATION OF EVIDENTIARY HEARING