UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIO IVAN ESPINOZA DIAZ, et al., individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>PREMIUM PACKING, INC.,<br><br>    Defendant. | Case No.  5:15-cv-01258-EJD<br><br>**ORDER VACATING EVIDENTIARY HEARING AND RELATED DEADLINES** |

In light of the Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 64), the evidentiary hearing scheduled for August 17th and August 19, 2016, and all related deadlines, are VACATED.

**IT IS SO ORDERED.**

Dated:  July 6, 2016

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-01258-EJD
ORDER VACATING EVIDENTIARY HEARING AND RELATED DEADLINES